# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **ELLERY HORSLEY,** | Case No. 4:12 CV 1324 |
| **Plaintiff,** | JUDGE: Sara Lioi |
| v. | |
| **PENTAGROUP FINANCIAL, LLC,** | |
| **Defendant.** | |

## STIPULATED NOTICE OF DIMISSAL

The Parties, by and through their respective Counsel, hereby notify the Court that they stipulate to the dismissal of the above captioned case, with prejudice.

Dated September 4, 2012.

Respectfully submitted,

*/s/ David W. Skall*                                           */s/ Jeffrey C. Turner* (with consent)

**DAVID W. SKALL (0068740)**                    **JEFFREY C. TURNER (0063154)**
dskall@kahnandassociates.com                       jturner@sdtlawyers.com
6200 Rockside Woods Blvd., Suite 215        1 Prestige Place, Suite 700
Cleveland, Ohio 44131                                     Miamisburg, Ohio 45342
216.621.6101 Telephone                                 937-222-2333 Telephone
216.621.6006 Facsimile                                    937-222-1970
Attorney for Plaintiff                                         Attorney for Defendant.