UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ELLERY HORSLEY,** | } | Case No. 4:12 CV 1324 |
| **Plaintiff,** | } | JUDGE: Sara Lioi |
| v. | } | |
| **PENTAGROUP FINANCIAL, LLC,** | } | |
| **Defendant.** | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Stipulated Notice of Dismissal, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS __4th__ day of September 2012.

_____
Judge Sara Lioi
U.S. District Judge